**Electronically Filed
Supreme Court
SCOT-21-0000041
03-MAR-2022
08:19 AM
Dkt. 199 OCOR**

SCOT-21-0000041

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

In the Matter of the Application of

MAUI ELECTRIC COMPANY, LIMITED

For Approval of Power Purchase Agreement for Renewable
Dispatchable Generation with Paeahu Solar LLC.

---

APPEAL FROM THE PUBLIC UTILITIES COMMISSION
(Agency Docket No. 2018-0433)

ORDER OF CORRECTION
(By: Eddins, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on March 2, 2022, is corrected as follows:

On page 17, line 12, the word "superimpose" is corrected to read "infuse."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, March 3, 2022.

/s/ Todd W. Eddins

Associate Justice

